UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| C.I.T.C., U.S.A, | ) | |
| | ) | CASE NO.: 1:12-cv-07283 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge: Hon. Ruben Castillo |
| | ) | |
| GRAY LION LOGISTICS, LLC and INTERNATIONAL TRANSPORT LOGISTICS, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

The parties hereby stipulate and agree to dismiss this matter, with prejudice, all matters having been fully settled, compromised and adjourned, each party to bear its respective costs.

C.I.T.C., U.S.A,

By: _____
One of its Attorneys

Paul Duffy
Duffy Law Group,
2 N. LaSalle Street, Floor 13
Chicago, IL 60602

GRAYLION LOGISTICS, LLC and
INTERNATIONAL TRANSPORT
LOGISTICS, INC.,

By: _____
One of their Attorneys

Robert L. Reeb
Marwedel, Minichello & Reeb, P.C.
10 S. Riverside Plaza, Ste. 720
Chicago, IL 60606