**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| C.I.T.C., U.S.A, | ) | |
| | ) | Case No.: 1:12-07283 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge: Hon. Ruben Castillo |
| | ) | |
| GRAY LION LOGISTICS, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER OF DISMISSAL

This matter coming before the Court on a Stipulation to Dismiss with Prejudice between the parties, IT IS HEREBY ORDERED:

All matters having been fully settled, compromised and adjourned, this matter is dismissed with prejudice.

ENTERED:

_____
Chief Judge Ruben Castillo
September 23, 2013

Prepared By:
Robert L. Reeb
Matthew C. Koch
Marwedel, Minichello and Reeb, P.C.
10 S. Riverside Plaza
Suite 700
Chicago, Illinois 60606
P: (312) 902-1600
F: (312) 902-9900

1